UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LOIS WHITE,

    Plaintiff,

v.

RBP OAK BROOK LLC, a Delaware limited liability company

    Defendant.

Case No. 1-24-cv-1871

**NOTIFICATION AS TO AFFILIATES—DISCLOSURE STATEMENT
PURSUANT TO LOCAL RULE 3.2**

Defendant RBP OAK BROOK LLC ("**Defendant**"), pursuant to Local Rule 3.2, states that Defendant is 100% owned by RBP Oak Brook Investment Holdings LLC, which in turn is 100% owned by RB Partners I LLC, which in turn is 100% owned (directly or indirectly) by a State of Ohio public pension fund.

    Respectfully submitted,

    RBP OAK BROOK LLC

By: _____
    Martin H. Orlick, Esq.

Martin H. Orlick, Esq. (CA Bar #083908)
JEFFER, MANGELS, BUTLER & MITCHELL LLP
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone:   (415) 398-8080
Facsimile:    (415) 398-5584

Dated: April 5, 2024

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing NOTIFICATION AS TO AFFILIATES—DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.2 was served on:

>Angela C. Spears
>CASS LAW GROUP, P.C.
>20015 S. LaGrange Rd #1098
>Frankfort, IL 60423

MARTIN H. ORLICK, ESQ.

72122287v1