IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOIS WHITE </br></br> Plaintiff, </br></br> v. </br></br> RBP OAK BROOK LLC., an Illinois limited liability company, </br></br> Defendant. | Case No. 1:24-cv-1871 </br></br> Honorable John Robert Blakey |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT RBP OAK BROOK LLC., UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITH PREJUDICE**

Plaintiff, through undersigned counsel, voluntarily dismisses Defendant RBP Oak Brook LLC. under Fed. R. Civ. P. 41(a)(1)(A)(i) with prejudice.

.

Respectfully submitted,

CASS LAW GROUP, P.C.

/s/ Angela C. Spears
Angela C. Spears
CASS LAW GROUP, P.C.
20015 S. LaGrange Rd #1098
Frankfort, IL 60423
T: (833) 343-6743
F: (855) 744-4419
E: aspears@casslawgroup.com
*Counsel for Plaintiff*

Dated: July 5, 2024